## Exhibit A to the Complaint

**Location:** The Colony, TX  **IP Address:** 66.69.178.121
**Total Works Infringed:** 24  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 21AD397667F0967623A8172989D152104736482E | 03/25/2025 19:24:00 | Tushy | 03/23/2025 | 03/28/2025 | PA0002522497 |
| 2 | 627CE1948DAEB34D0393CAA2034AA51063BCCBF6 | 03/14/2025 20:53:49 | Vixen | 03/14/2025 | 03/28/2025 | PA0002522510 |
| 3 | 7887bb3597aba24ce3895b3e3dcc907291ac071b | 03/11/2025 12:48:45 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 4 | d1b7022fe085f005fd48920c49a27361fb58ed6e | 02/18/2025 22:04:21 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 5 | DF51483DFC068F09908A6B1DD6A9A9D1DE160C45 | 02/10/2025 16:42:06 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 6 | c9212fe3ed0ddb9b967a779eb10690216d473d79 | 02/03/2025 22:47:09 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 7 | eff1cccb9a534c28dabe038c0a25eb5c77b99539 | 01/15/2025 20:29:47 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 8 | c8669c5e9655df91faf2eb3fd7d09844b2006a9c | 01/14/2025 21:59:31 | Vixen | 01/10/2025 | 01/16/2025 | PA0002509625 |
| 9 | 599faca917d2d2f71dde224daff4684f58111080 | 01/13/2025 22:59:02 | Tushy | 12/22/2024 | 01/16/2025 | PA0002509285 |
| 10 | 7C323A06628DE3E1649DFF9DD372C00B08033EC1 | 01/04/2025 15:58:15 | Vixen | 01/03/2025 | 01/16/2025 | PA0002509633 |
| 11 | dcde353feddb4249b9f1feaf8657bfd9bacee400 | 12/18/2024 16:58:59 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 12 | E5B152688DBE01FBBE36B802F2465819975711D6 | 12/17/2024 13:48:14 | Vixen | 12/13/2024 | 01/16/2025 | PA0002509636 |
| 13 | 10e528dadee1dc6eb326eb29290260cd27cef538 | 12/10/2024 21:35:28 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 14 | 9ff83a975f0669182ae5c41dda32292eb6e197fb | 11/26/2024 21:32:33 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 15 | f04c093569cde044abc0e2997061c660867a030c | 11/25/2024 21:32:47 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 16 | bac4ea994c2d31a7992f804cc18b84252d898869 | 11/12/2024 21:52:11 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 15678af6623a38fa107f2e3c7fafd2ab16f9da83 | 11/04/2024 21:50:28 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 18 | 0663A355538C371C23984EAD18EC85659D5B9994 | 09/04/2024 18:50:33 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 19 | D235D2E2CEF1A389CDA952506EAFDE1403CF4FC9 | 08/31/2024 17:08:24 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 20 | d0d043398cf327c6f191922eed1af56076d90907 | 08/03/2024 15:26:51 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 21 | 308D015E04877CE906BF17D83F6F73A67A642B19 | 08/02/2024 18:56:46 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 22 | 268E8311F0B80DF440C28AB543563AF8F64C2751 | 07/13/2024 12:35:25 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 23 | 4ebcbd2f69ed4bd839061dc3927c64361c37dc59 | 07/03/2024 19:39:58 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 24 | FE55BE1957101AFF73FBD64E07ACED821BB68BF1 | 06/14/2024 13:10:41 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |