UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 66.69.178.121, <br><br> Defendant. | § <br> § <br> § <br> § <br> § Civil Case No. 4:25-cv-00346-ALM <br> § <br> § <br> § <br> § <br> § |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 66.69.178.121, are voluntarily dismissed with prejudice.

Dated: June 12, 2025           Respectfully submitted,

By:  */s/ Paul S. Beik*
Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 220
Houston, Texas 77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**